AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

E-filing

---

**DEFENDANT - U.S.**

▶ JAIME SALCEDO-MENDOZA

**DISTRICT COURT NUMBER**

CR 08  0399

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70327

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   TAREK J. HELOU

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 5/29/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

## CR 08  0399

JAIME SALCEDO-MENDOZA
a/k/a/ Ricardo Zuniga,
a/k/a Julian Mallado,

E-filing

PJH

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

A true bill.

_Angelina Almendral_
Foreman

Filed in open court this __17th__ day of

__6-17-2008__.

_Simone Volt_
Clerk

Bail, $ __No process__

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        ) CR 08 - 0399
                                      )
13 |         Plaintiff,                ) VIOLATION: 8 U.S.C. § 1326 – Illegal
                                      ) Reentry Following Deportation
14 |     v.                            )
                                      )
15 | JAIME SALCEDO-MENDOZA,            ) SAN FRANCISCO VENUE
        a/k/a Ricardo Zuniga,         )
16      a/k/a Julian Mallado,         )
                                      )
17                                    )
        Defendant.                    )
18 |_____)
19
20                    INDICTMENT
21  The Grand Jury charges:
22       On or about February 12, 1999 and February 10, 2004, the defendant,
23                JAIME SALCEDO-MENDOZA,
                     a/k/a Ricardo Zuniga,
24                   a/k/a Julian Mallado,
25  an alien, was excluded, deported and removed from the United States, and knowingly and
26  voluntarily reentered the United States and, thereafter, on or about May 24, 2008, was found in the
27  Northern District of California, the Attorney General of the United States and the Secretary for
28  //

INDICTMENT                              1

1  Homeland Security not having expressly consented to a re-application by the defendant for
2  admission into the United States, in violation of Title 8, United States Code, Section 1326.
3
4  DATED:                                              A TRUE BILL.
5   6/17/2008
6                                                     *[signature]*
                                                      FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9  *[signature: Kyle F. Waldinger]*
10 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section
11
12 (Approved as to form: *[signature]* )
                         AUSA HELOU
13

INDICTMENT                             2