JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-399 PJH |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| JAIME SALCEDO-MENDOZA, | |
|     Defendant. | |

On June 19, 2008, the parties in this case appeared before the Court for the defendant's arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between June 19, 2008 and July 2, 2008 because the government will produce documents to defense counsel. The parties represented that granting the continuance was the reasonable time necessary for preparation of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a

/ /

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
2  U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

8  DATED: June 23, 2008                          /s/
                                                TAREK J. HELOU
9                                               Assistant United States Attorney

11 DATED: June 23, 2008                          /s/
                                                RONALD TYLER
12                                              Attorney for Defendant JAIME SALCEDO-MENDOZA

14     For the reasons stated above, the Court finds that exclusion of time from June 19, 2008
15 through July 2, 2008 is warranted and that the ends of justice served by the continuance outweigh
16 the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A).
17 The failure to grant the requested continuance would deny the defendant effective preparation of
18 counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED:_____
                                                THE HONORABLE NANDOR J. VADAS
23                                              United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-399 PJH                                                                                    2