1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                          SAN FRANCISCO DIVISION
15
16 UNITED STATES OF AMERICA,           )  CR No. 08-399 PJH
                                       )
17     Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                       )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                              )
                                       )
19 JAIME SALCEDO-MENDOZA,              )
                                       )
20     Defendant.                      )
                                       )
21

22     On June 19, 2008, the parties in this case appeared before the Court for the defendant's

23 arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under

24 the Speedy Trial Act between June 19, 2008 and July 2, 2008 because the government will

25 produce documents to defense counsel. The parties represented that granting the continuance

26 was the reasonable time necessary for preparation of defense counsel. 18 U.S.C. §

27 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a

28 //

1  continuance outweighed the best interests of the public and the defendant in a speedy trial. 18
2  U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

          JOSEPH P. RUSSONIELLO
          United States Attorney

8  DATED: June 23, 2008            /s/
          TAREK J. HELOU
9         Assistant United States Attorney

11 DATED: June 23, 2008            /s/
          RONALD TYLER
12        Attorney for Defendant JAIME SALCEDO-MENDOZA

14     For the reasons stated above, the Court finds that exclusion of time from June 19, 2008
15 through July 2, 2008 is warranted and that the ends of justice served by the continuance outweigh
16 the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A).
17 The failure to grant the requested continuance would deny the defendant effective preparation of
18 counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED: June 24, 2008
          THE HONORABLE NANDOR J. VADAS
23        United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-399 PJH                                                                2