# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date: July 2, 2008**                                       **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0399 PJH**

**Case Name:    UNITED STATES   v.   JAIME SALCEDO-MENDOZA (C)(Spanish Interpreter)**


**Attorney for Plaintiff:      Tarek Helou**
**Attorney for Defendant:    Ron Tyler**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Kathy Wyatt

**Interpreter:** Carol Rhine-Medina


## PROCEEDINGS

Trial Setting-Held.  Defendant's request for more time to review discovery is granted by the court.  The court will continue the matter for three weeks.  Time is excluded from 7/2/08 to 7/23/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.


**CASE CONTINUED TO: July 23, 2008 at 1:30 p.m. for Motions/Trial Setting**.


-------------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/2/08 Ends 7/23/08
-------------------------------------------------------------------------------------------------------------------------


**cc:** chambers