1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone:    (415) 436-7071
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,           )  CR No. 08-399 PJH
                                         )
17 |        Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                         )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |    v.                               )
                                         )
19 | JAIME SALCEDO-MENDOZA,              )
                                         )
20 |        Defendant.                   )
                                         )
21

22        On July 2, 2008, the parties appeared before the Court for the initial status in this case.

23 At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy

24 Trial Act between July 2, 2008 and July 23, 2008 because the government had just produced the

25 defendant's deportation tapes earlier that day. The parties represented that granting the

26 continuance was the reasonable time necessary for effective preparation of defense counsel. 18

27 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting

28 //

1  such a continuance outweighed the best interests of the public and the defendant in a speedy trial.
2  18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

8  DATED: July 7, 2008                  /s/
                                        TAREK J. HELOU
9                                       Assistant United States Attorney

11 DATED: July 7, 2008                  /s/
                                        RONALD TYLER
12                                      Attorney for Defendant JAIME SALCEDO-MENDOZA

14     For the reasons stated above, the Court finds that exclusion of time from July 2, 2008 through
15 July 23, 2008 is warranted and that the ends of justice served by the continuance outweigh the
16 best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).
17 Failure to grant the requested continuance would deny the defendant effective preparation of
18 counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED:_____
                                        THE HONORABLE PHYLLIS J. HAMILTON
23                                      United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-399 PJH                                                                                    2