JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7071
   Facsimile:     (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-399 PJH |
|    Plaintiff, | ) ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|    v. | ) ) | |
| JAIME SALCEDO-MENDOZA, | ) ) | |
|    Defendant. | ) ) | |

     On July 2, 2008, the parties appeared before the Court for the initial status in this case. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between July 2, 2008 and July 23, 2008 because the government had just produced the defendant's deportation tapes earlier that day.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting

//

1  such a continuance outweighed the best interests of the public and the defendant in a speedy trial.
2  18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

8  DATED: July 7, 2008                          /s/
                                        TAREK J. HELOU
9                                       Assistant United States Attorney

11 DATED: July 7, 2008                          /s/
                                        RONALD TYLER
12                                      Attorney for Defendant JAIME SALCEDO-MENDOZA

14     For the reasons stated above, the Court finds that exclusion of time from July 2, 2008 through
15 July 23, 2008 is warranted and that the ends of justice served by the continuance outweigh the
16 best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).
17 Failure to grant the requested continuance would deny the defendant effective preparation of
18 counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

20 SO ORDERED.

22 DATED: July 10, 2008
                                        THE HONORABLE PHYLLIS J. HAMILTON
23                                      United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]