UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date: July 23, 2008**                                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0399 PJH**

**Case Name:   UNITED STATES   v.   JAIME SALCEDO-MENDOZA (C)(Spanish Interpreter)**

**Attorney for Plaintiff:     Tarek Helou**
**Attorney for Defendant:   Ron Tyler**

**Deputy Clerk:**  Nichole Heuerman            **Court Reporter**: Jim Yeomans

**Interpreter:** Christina Visus (Spanish)

**PROCEEDINGS**

    Trial Setting-Held.  Defense counsel updates the court regarding discovery.  There are a few additional documents that still need to be produced.  Also, the tape that was produced by the government was inaudible and no other copies are available.  Defense counsel's request for more time to determine what type of motions if any will need to be filed is granted by the court.  Time is excluded from 7/23/08 to 7/30/08 for effective preparation of counsel.  The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO: July 30, 2008 at 1:30 p.m. for Motions/Trial Setting**.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category  Begins 7/23/08 Ends 7/30/08
--------------------------------------------------------------------------------------------------------------------

**cc:** chambers