JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-399 PJH |
| Plaintiff, | ) ) ) | STIPULATION AND [P~~ROPOSE~~D] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| JAIME SALCEDO-MENDOZA, | ) ) | |
| Defendant. | ) ) | |

    On July 23, 2008, the parties appeared before the Court for a status conference in this case.  At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between July 23, 2008 and July 30, 2008 because the defendant needs additional time to determine which motions he will file.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting

/ /

1  such a continuance outweighed the best interests of the public and the defendant in a speedy trial.
2  18 U.S.C. § 3161(h)(8)(A).

4  SO STIPULATED:

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

8  DATED: July 23, 2008            /s/
                                     TAREK J. HELOU
9                                    Assistant United States Attorney

11 DATED: July 23, 2008            /s/
                                     RONALD TYLER
12                                   Attorney for Defendant JAIME SALCEDO-MENDOZA

14    For the reasons stated above, the Court finds that exclusion of time from July 23, 2008
15 through July 30, 2008 is warranted and that the ends of justice served by the continuance
16 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
17 3161(h)(8)(A).  Failure to grant the requested continuance would deny the defendant effective
18 preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §
19 3161(h)(8)(B)(iv).

21 SO ORDERED.

23 DATED: 7/29/08

   IT IS SO ORDERED
   THE HONORABLE PHYLLIS J. HAMILTON
   United States District Judge
   Judge Phyllis J. Hamilton