## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date: July 30, 2008**                                   **JUDGE:  Phyllis J. Hamilton**

**Case No:  CR-08-0399 PJH**

**Case Name:   UNITED STATES   v.   JAIME SALCEDO-MENDOZA (C)(Spanish Interpreter)**


**Attorney for Plaintiff:      Tarek Helou**
**Attorney for Defendant:   Ron Tyler**

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter**: Debra Pas

**Interpreter:** Carol Rhine-Medina (Spanish)


### PROCEEDINGS

Motion/Trial Setting-Held.  The court sets the case for trial.  The speedy trial deadline is 10/6/08.

**CASE CONTINUED TO:    August 27, 2008 at 1:30 p.m. for Pretrial Conference.**
**                                    September 8, 2008 at 8:30 a.m. for Jury Trial (3 days).**


**cc:** chambers