```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD TYLER
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant SALCEDO MENDOZA
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0399 PJH |
| Plaintiff, | DEFENDANT'S PROPOSED VOIR DIRE |
| v. | Pretrial Conference: August 27, 2008 |
| JAIME SALCEDO MENDOZA, | |
| Defendant. | |

Defendant Jaime Salcedo Mendoza respectfully requests that the following questions be posed by the Court to the venire, either in a questionnaire or in open court:

1. What clubs or organizations do you belong to? Do you belong to any organizations concerned with criminal law or the criminal justice system?

2. Have you ever applied for a job in the military or security field? Have any of your close friends or relatives ever applied for a job in the military or security field?

3. There may be one or more law enforcement officers who will testify in this case. Will the fact that a person is a law enforcement officer make him or her more trustworthy in your evaluation than any other witness? Would you tend to give any greater weight or credibility, no matter how slight, to the testimony of a law enforcement officer or government witness because

they are employees of or are testifying on behalf of the government?

    4.    The defendant, Mr. Salcedo Mendoza, is of Mexican descent. Have you had any experiences that may make it difficult for you to be impartial and fair to him?

    5.    Have you traveled to Mexico? What is your impression of Mexico?

    6.    Do you speak Spanish?

    7.    Mr. Salcedo Mendoza is charged with being an alien who illegally reentered the United States after deportation. If you were called upon to return a verdict right now, would you return a verdict of guilty?

    8.    Do you believe that the United States' immigration laws should be tougher? Do you believe you can put that opinion aside and judge the defendant solely on the basis of the evidence presented at trial?

    9.    Do you, or do any members of your family or close friends, employ undocumented aliens? What is your opinion of others who employ undocumented aliens?

    10.    Do you think that Mr. Salcedo Mendoza must have done something wrong or he would not be here today?

    11.    Mr. Salcedo Mendoza is presumed to be innocent unless and until he is proven guilty beyond a reasonable doubt. Do you have any trouble giving him the benefit of this presumption of innocence without any mental reservations whatsoever?

    12.    Mr. Salcedo Mendoza has already pleaded not guilty to the charge against him. What are your thoughts about whether or not a defendant should testify?

    13.    If after hearing all the evidence in this case, you thought that Mr. Salcedo Mendoza was probably guilty, but you were not convinced beyond a reasonable doubt, would you have trouble returning a verdict of not guilty?

    14.    Might you be concerned about later criticism should you return a verdict of not guilty?

//

Dated: August 13, 2008

                                  Respectfully submitted,

                                  BARRY J. PORTMAN  
                                  Federal Public Defender

                                        /S/

                                  RONALD TYLER  
                                  Assistant Federal Public Defender

CR 08-0399 PJH; DEF.'S PROPOSED VOIR DIRE        3