BARRY J. PORTMAN
Federal Public Defender
RONALD TYLER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SALCEDO MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0399 PJH |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S PROPOSED VERDICT FORM |
| | ) | |
| v. | ) | |
| | ) | Pretrial Conference: August 27, 2008 |
| JAIME SALCEDO MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's criminal pretrial order, defendant Jaime Salcedo Mendoza respectfully submits the proposed verdict form appended hereto as *Exhibit A*.

Dated: August 13, 2008

                                        Respectfully submitted,

                                        BARRY J. PORTMAN
                                        Federal Public Defender

                                        /S/

                                        RONALD TYLER
                                        Assistant Federal Public Defender

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0399 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VERDICT |
| v. | ) | |
| | ) | |
| JAIME SALCEDO MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

16
17     We, the jury in the above-captioned case, unanimously find the defendant, Jaime Salcedo
Mendoza, _____ *(Guilty or Not Guilty)* of being an alien who illegally
18
19 reentered the United States after having been previously deported, in violation of 8 U.S.C. §
1326.
20
21
22 Dated: _____, 2008                    _____
                                                                                                      JURY FOREPERSON
23
24
25
26