BARRY J. PORTMAN
Federal Public Defender
RONALD TYLER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SALCEDO MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>JAIME SALCEDO MENDOZA,<br><br>     Defendant. | No. CR 08-0399 PJH<br><br>DEFENDANT'S PRETRIAL<br>CONFERENCE STATEMENT<br><br>Pretrial Conference: August 27, 2008 |

Pursuant to the Court's Order for Pretrial Preparation and Criminal Local Rule 17.1-1(b), Jaime Salcedo Mendoza submits the following Pretrial Conference Statement.

**1.    Stipulation of Facts.**

It is anticipated that the defense will stipulate that Jaime Salcedo Mendoza was convicted on October 15, 1997. This stipulation will eliminate the need for the government to introduce evidence of the conviction as part of its attempt to prove that Mr. Salcedo Mendoza was deported after sustaining a felony conviction.

**2.    Appointment by the Court of Interpreters**

Mr. Salcedo Mendoza continues to require the assistance of a Spanish language interpreter throughout the proceedings, pursuant to Federal Rule of Criminal Procedure 28..

CR 08-0399 PJH; DEF.'S PRETRIAL
STATEMENT                                                          1

**3.     List of Defense Witnesses.**

Consistent with Mr. Salcedo Mendoza's rights under the United States Constitution, he intends to put the government to its proof. He has made no decision as of yet regarding the calling of witnesses on his own behalf.

**4.     Exchange of Documents, et cetera, intended to be offered at trial.**

Mr. Salcedo Mendoza has made no decision as of yet regarding presentation of a defense case, consistent with his right to rely upon the presumption of innocence.

**5.     Pretrial Resolution of Objections.**

The parties have not yet resolved any outstanding objections, such as those reflected in Mr. Salcedo Mendoza's motions in limine.

**6.     Trial Brief on Controverted Points of Law**

Mr. Salcedo Mendoza has identified the issues now known to him by way of his motions in limine.

Dated: August 13, 2008.

                                                       Respectfully submitted,

                                                       BARRY J. PORTMAN
                                                     Federal Public Defender

                                                            /S/

                                                       RONALD TYLER
                                                      Assistant Federal Public Defender