BARRY J. PORTMAN
Federal Public Defender
RONALD TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SALCEDO MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0399 PJH |
| Plaintiff, | JOINT MEMORANDUM RE: JURY INSTRUCTIONS |
| v. | Pretrial Conference: August 27, 2008 |
| JAIME SALCEDO MENDOZA, | |
| Defendant. | |

Having met and conferred pursuant to the Court's criminal pretrial order, the parties jointly submit this pretrial memorandum concerning jury instructions.

**I.    Agreed-Upon Instructions**

The parties agree that the Court should give each of the model jury instructions listed in the Court's Order for Criminal Pretrial Preparation (*viz.*, 1.1 - 1.12; 2.1 - 2.2; 3.1- 3.9; and 7.1 - 7.6).

The parties further agree that the Court should give the following additional instruction from the Ninth Circuit Manual of Model Criminal Jury Instructions ("MJI") (2003 ed., last updated May 2007):  **MJI 5.6         Knowingly–Defined**

CR 08-0399 PJH; JOINT MEMO RE: JURY
INSTRUCTIONS                                                    1

## II. Disputed Instructions

The parties respectfully disagree concerning the following instructions.

### A. MJI 4.1 – Statements by Defendant

The government wishes the Court to give this instruction. The defendant reserves the right to opposes the instruction, depending upon the statements the government seeks to introduce.

### B. MJI 4.6 – Impeachment, Prior Conviction of Defendant

The government wishes the Court to give this instruction. The defendant, having moved to exclude introduction of his prior convictions, opposes the instruction.

### C. MJI 4.17 – Expert Witness Testimony

The government wishes the Court to give this instruction. The defendant, having moved to exclude expert witness testimony, opposes the instruction.

### D. MJI 9.5B – Alien—Deported Alien Found In United States

For reasons described in a separate memorandum, the government recommends a modification to the model instruction. The defense does not agree to the modification. Instead, the defense requests that the Court give the standard instruction.

### E. Instruction on Law Enforcement Credibility

For reasons described in a separate memorandum, the defendant wishes the Court to instruct on law enforcement credibility. The government opposes such an instruction.

### F. Instruction on General Intent

For reasons described in a separate memorandum, the defendant wishes the Court to instruct on general intent. The government opposes such an instruction.

### G. Instruction on Proof of Alienage

For reasons described in a separate memorandum, the defendant wishes the Court to instruct on the government's burden of proof with respect to alienage. The government opposes

1  such an instruction.

2  **H.    Instruction on Voluntariness**

3  For reasons described in a separate memorandum, the government wishes the Court to
4  instruct the jurors regarding evidence of voluntary acts by the defendant. The defendant opposes
5  such an instruction.

6  The parties will submit separate memoranda addressing each of these disputed jury
7  instructions.

8  Counsel for the United States has approved the form and contents of this joint
9  memorandum.

10  Dated: August 13, 2008

11  Respectfully submitted,

12  BARRY J. PORTMAN
    Federal Public Defender

13
                   /S/
14
    RONALD TYLER
15  Assistant Federal Public Defender

16

17

18

19

20

21

22

23

24

25

26

CR 08-0399 PJH; JOINT MEMO RE: JURY
INSTRUCTIONS                          3