1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, CA 94102
       Telephone: (415) 436-7200
8      Facsimile:  (415) 436-7234
       E-mail: Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11
                   UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                      SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,          )   No.  CR 08-399 PJH
                                       )
16       Plaintiff,                    )   **GOVERNMENT'S PROPOSED VERDICT**
                                       )   **FORM**
17    v.                               )
                                       )   Trial Date:    September 8, 2008
18 JAIME SALCEDO-MENDOZA,              )   Pretrial Conf.: August 27, 2008
                                       )   Judge:         Hon. Phyllis J. Hamilton
19       Defendant.                    )
                                       )
20

21       Pursuant to Section 3(g) of the Court's Pretrial Order, the government's proposed form of

22 verdict is attached as Ex. A.

23

24 DATED:    August 13, 2008              Respectfully submitted,

25                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
26

27                                        /S/

28                                        _____
                                          TAREK J. HELOU
                                          Assistant United States Attorney

GOVT'S PROP. VERDICT FORM
CR 08-399 PJH

1.    We, the Jury, find the defendant, JAIME SALCEDO-MENDOZA,

     _____     GUILTY

     _____     NOT GUILTY

of the crime of Being an Alien Found in the United States After Deportation, in violation of Title 8, United States Code, Section 1326, as charged in Count I of the Indictment.

(*If your verdict above was GUILTY, please answer the following:*)

2.    We, the Jury, further find that the defendant, JAIME SALCEDO-MENDOZA,

     _____     WAS DEPORTED OR REMOVED

     _____     WAS NOT DEPORTED OR REMOVED

after sustaining at least one conviction for violating California Health and Safety Code § 11350(a).

_____
FOREPERSON


DATED: _____, 2008

FORM OF VERDICT