JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME SALCEDO-MENDOZA,<br><br>    Defendant. | No.  CR 08-399 PJH<br><br>**GOVERNMENT'S PROPOSED EXHIBIT LIST**<br><br>Trial Date:        September 8, 2008<br>Pretrial Conf.:    August 27, 2008<br>Judge:         Hon. Phyllis J. Hamilton |

       Pursuant to the Court's Pretrial Order and Crim. L. R. 17.1-1(b)(10), the government

submits its list of proposed case-in-chief exhibits.  The government reserves the right to

supplement or narrow this list as its pretrial preparations continue.

DATED: August 13, 2008          Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      /S/

                                  _____
                                    Tarek J. Helou
                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CASE NO. CR 08-399 PJH                    DATE: September 8, 2008

*United States v. Jaime Salcedo-Mendoza*

EXHIBIT LIST

( X ) **Government**                            (   ) **Defendant**

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Warrant of Removal/Deportation dated February 11, 1999 (verification of departure dated February 12, 1999) [USA-0059 – USA-0060] |
| 2 | | | | Fingerprint card dated February 9, 1999 [USA-0098 – USA-0100] |
| 3 | | | | Sworn Statement dated May 13, 2002 [USA-0259 – USA-0263] |
| 4 | | | | Fingerprint card dated April 21, 2002 [USA-0271] |
| 5 | | | | Jaime Salcedo Mendoza's Application for Permission to Enter Plea of Guilty and Order Accepting Guilty Plea dated February 21, 2003 in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, in the Northern District of California [USA-327 – USA-334] |
| 6 | | | | Plea Agreement Between Jaime Salcedo-Mendoza and the United States of America dated February 21, 2003 in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, in the Northern District of California [USA-335 – USA-340] |

1

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 7 | | | | Reporter's Transcript from February 21, 2003 Change of Plea in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, in the Northern District of California (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 8 | | | | Criminal Judgment dated May 15, 2003 in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, in the Northern District of California [USA-0040 – USA-0046] |
| 9 | | | | Warrant of Removal/Deportation dated February 9, 2004 (verification of departure dated February 10, 2004) [USA-0038 – USA-0039] |
| 10 | | | | Sworn Statement dated May 29, 2008 [USA-0089 – USA-0093] |
| 11 | | | | Second Sworn Statement dated May 29, 2008, [USA-0031 – USA-0032] |
| 12 | | | | Fingerprint card dated May 29, 2008 [USA-0095 – USA-0097] |
| 13 | | | | Certificate of Nonexistence of Record dated June 3, 2008 [USA-0086] |
| 14 | | | | Finger print card taken by U.S. Marshals Service in the Northern District of California in this case (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 15 | | | | Curriculum Vitae of Thomas Liszkiewicz, expert witness regarding fingerprint comparisons [USA-354 – USA-355] |

2

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 17 | | | | Report on Fingerprint Analysis by Thomas Liszkiewicz, expert witness regarding fingerprint comparisons,(a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 18 | | | | Certified copy of October 15, 1997 conviction for drug possession (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 19 | | | | Certified copy of December 17, 1997 conviction for drug possession (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 20 | | | | Certified copy of June 17, 1998 conviction for drug possession (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |