AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**DEFENDANT - U.S.**

▶ JAIME SALCEDO-MENDOZA

DISTRICT COURT NUMBER

CR08-0399 PJH

*FILED*
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-399 PJH

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   TAREK J. HELOU

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ 5/29/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

JAIME SALCEDO-MENDOZA
a/k/a Ricardo Zuniga,
a/k/a Julian Mallado,

E-filing     CR08-399 RJH

---

DEFENDANT.

---

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

---

_Indict_
A true bill.

_____
Foreman

Filed in open court this __14 th__ day of
__August 2008__

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail_

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,      )   No. CR-08-399 PJH
                                    )
13 |     Plaintiff,                 )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                    )   Reentry Following Deportation
14 | v.                             )
                                    )
15 | JAIME SALCEDO-MENDOZA,         )   SAN FRANCISCO VENUE
     a/k/a Ricardo Zuniga,          )
16   a/k/a Julian Mallado,          )
                                    )
17                                  )
         Defendant.                 )
18 |_____  )
19
20              SUPERSEDING INDICTMENT
21 The Grand Jury charges:
22     On or about February 12, 1999 and February 10, 2004, the defendant,
23                 JAIME SALCEDO-MENDOZA,
                      a/k/a Ricardo Zuniga,
24                    a/k/a Julian Mallado,
25 an alien, was excluded, deported and removed from the United States, and knowingly and
26 voluntarily reentered the United States and, thereafter, on or about May 24, 2008, was found in the
27 Northern District of California, the Attorney General of the United States and the Secretary for
28 Homeland Security not having expressly consented to a re-application by the defendant for

INDICTMENT                    1



FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  admission into the United States. It is further alleged that defendant was removed from the
2  United States subsequent to the date of conviction for an aggravated felony, all in violation of
3  Title 8, United States Code, Section 1326.

5  DATED:                                              A TRUE BILL.
6  8-14-08

7                                                     _____
                                                       FOREPERSON
8  JOSEPH P. RUSSONIELLO
   United States Attorney
9
10
   _____
11 GREGG W. LOWDER
   Chief, Major Crimes Section
12
13 (Approved as to form: _____
                          AUSA HELOU

INDICTMENT                                2