1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, CA 94102
       Telephone: (415) 436-7200
8      Facsimile:  (415) 436-7234
       E-mail: Tarek.J.Helou@usdoj.gov_____
9

10 Attorneys for Plaintiff

11
                   UNITED STATES DISTRICT COURT
12
                NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,        )   No. CR 08-399 PJH
                                    )
16        Plaintiff,                )   GOVERNMENT'S STATEMENT OF NON-
                                    )   OPPOSITION TO DEFENDANT'S MOTION
17     v.                           )   *IN LIMINE* TO SEQUESTER WITNESSES
                                    )
18 JAIME SALCEDO-MENDOZA,           )   Trial Date:        September 8, 2008
                                    )   Pretrial Conference: August 27, 2008
19        Defendant.                )   Time:              1:30 p.m.
   _____)   Judge:             Hon. Phyllis J. Hamilton
20

21

22

23

24

25

26

27

28

The government does not oppose the defendant's Motion *in Limine* to Sequester

Witnesses.  The government is filing oppositions to the defendant's other motions in limine

separately.


DATED: August 20, 2008                        Respectfully submitted,

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                              /S/
                                              _____
                                              TAREK J. HELOU
                                              Assistant United States Attorney