JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234
   E-mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME SALCEDO-MENDOZA,<br><br>    Defendant. | No. CR 08-399 PJH<br><br>GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY<br><br>Trial Date:    September 8, 2008<br>Pretrial Conf.:   August 27, 2008<br>Judge:    Hon. Phyllis J. Hamilton |

GOV'T OPP. DEF. MOT. EXCLUDE EXPERT TESTIMONY
CR 08-399 PJH

The government filed its Notice of Expert Testimony on August 13, 2008, as the Court's Pretrial Order required. As required by Rule 16(a)(1)(E), that disclosure identified Thomas Liszkiewicz, a Senior Fingerprint Specialist with Immigration and Customs Enforcement, as a witness who would provide expert opinion testimony about the defendant's fingerprints.

The defendant filed his Motion in Limine to Exclude Expert Testimony the same day the government filed its expert witness opinion disclosure. If the defendant believes that the government's disclosure is insufficient, he can object to it and the government will supplement it if the Court orders the government to do so. Although a continuance would not present Speedy Trial Act problems in this case because the speedy trial deadline is six weeks after the trial will start, a supplemental disclosure would be better than continuing the trial. The defendant already knows Specialist Liszkiewicz's qualifications and the bases and reasons behind his opinions. The defendant would not be harmed by any delayed disclosure of the details of Specialist Liszkiewicz's opinions.

DATED: August 20, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney

/S/
_____
TAREK J. HELOU
Assistant United States Attorney

GOV'T OPP. DEF. MOT. EXCLUDE EXPERT TESTIMONY
CR 08-399 PJH
-1-