BARRY J. PORTMAN
Federal Public Defender
RONALD TYLER
JODI LINKER
Assistant Federal Public Defenders
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SALCEDO MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0399 PJH |
| ) | |
| Plaintiff, ) | DECLARATION OF JODI LINKER IN |
| ) | SUPPORT OF DEFENDANT'S |
| v. ) | OPPOSITION TO THE UNITED STATES' |
| ) | MOTIONS IN LIMINE |
| JAIME SALCEDO MENDOZA ) | |
| ) | Pretrial Conference: August 27, 2008 |
| Defendant. ) | |
| _____ ) | |

I, Jodi Linker, state as follows:

1. I am an Assistant Federal Public Defender in the Northern District of California. My office has been appointed to represented Jaime Salcedo Mendoza in the above-captioned case. I am working on this case with Assistant Federal Public Defender Ronald Tyler.

2. I submit this declaration in support of Mr. Salcedo-Mendoza's Opposition to the United States' Motions in Limine.

3. Attached hereto as Exhibit A is a true and correct copy of bates numbered document USA-0259 dated 5/13/2002, which was produced by the government in discovery.

4. Attached hereto as Exhibit B is a true and correct copy of the expert report of Thomas

CR 08-0399 PJH; DECL. of JODI LINKER            1

1 | Liszkiewicz, Senior Fingerprint Specialist for the Department of Homeland Security
2 | dated August 14, 2008.
3 | 5. Attached hereto as Exhibit C is a true and correct copy of the Government's Notice of
4 | Expert Testimony (Rule 16) filed on August 13, 2008.
5 | I declare under penalty of perjury that the foregoing is true and correct to the best of my
6 | knowledge.
7 | Signed and dated on the 20th day of August 2008 in San Francisco, California.

    /s/_____
    Jodi Linker
    Assistant Federal Public Defender

CR 08-0399 PJH; DECL. of JODI LINKER          2

# EXHIBIT A

| | |
|---|---|
| Before we ask you any questions, you must understand. | Antes de hacerle algunas preguntas, usted tiene que entender. |

- You have the right to remain silent.
- Anything you say may be used against you in court.
- You have the right to talk to an attorney before we ask you any questions and to have an attorney with you during questioning
- If you cannot afford an attorney, one will be appointed for you before questioning if you wish.
- You also have the right to talk to the consular or diplomatic officers from your country of citizenship.

Do you understand? _____

Are you willing to answer some questions? _____

- Usted tiene el derecho de permanecer callado.
- Cualquier cosa usted diga, se puede usar en su contra en la corte.
- Usted tiene el derecho de consultar con un abogado antes de hacerle algunas preguntas, y tener dicho abogado presente durante el interrogatorio, si usted desea.
- Si usted no puede pagar para los servicios de un abogado, uno sera nombrado para usted, antes de cualquier interrogatorio, si usted desea.
- Usted tambien tiene el derecho de consultar con un consulado o oficiales diplomaticos de su pais de ciudadania.

¿Entiende usted? __Yes__

¿Esta dispuesto a contestar algunas preguntas? __Yes__

Rights in/ *Derechos en:*   _____ English / *Ingles*   __X__ Spanish / *Espanol*   _____ English and Spanish / *Ingles y Espanol*

Date & time/ *Fecha y hora* __5/13/02, 1240__

Signature of alien/ *Firma de extranjero*

Signature of Officer/ *Firma de oficial*

Signature of Witness/ *Firma de testigo*



L Thumb     R Thumb

USA-0259

# EXHIBIT B



U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of Investigations
*Forensic Document Laboratory (FDL)*

August 14, 2008

FDL-08-07049

Senior Field Training Officer Cecyle J. Andrews
U.S. Immigration and Customs Enforcement
630 Sansome Street, Room 586
San Francisco, CA 94111
415-844-5803

REF: A77188553

**EXHIBIT(S):**

1.1  FD-249, Fingerprint Card bearing fingerprint impressions and the name JAIME SALCEDO-MENDOZA, A# 77 188 553, dated 02/09/99 by CAINS.

1.2  FD-249, Fingerprint Card bearing fingerprint impressions and the name JAIME SALCEDO-MENDOZA, A# 77 188 553, dated 05/29/08 by CAICE.

1.3  I-205, Warrant of Removal/Deportation for Jaime SALCEDO-Mendoza, A# 77 188 553, executed 02/12/99 with a fingerprint impression thereon.

1.4  I-205, Warrant of Removal/Deportation for Jaime SALCEDO Mendoza, A# 77 188 553, executed 02/10/04 with a fingerprint impression thereon.

1.5  DHS Record of Sworn Statement for JAIME SALCEDO-MENDOZA, A# 77 188 553, dated 05-29/08 with fingerprint impressions thereon.

1.6  Copy of San Mateo County Arrest Report/Booking Sheet for JAIME MENDOZA SALCEDO, DOB 12/18/77, dated 06/09/98 with a fingerprint impression thereon.

1.7  Copy of Fingerprint Card for JULIAN MALLADO, DOB 08/20/77.

**FINDINGS:**

The fingerprint impressions appearing on exhibits 1.1 through 1.7 were made by the same individual.

The fingerprint individualizations were established by a comparative analysis of the friction ridge detail for the fingerprint impressions in question.

**REMARKS:**

The exhibits were received by the Forensic Document Laboratory on August 13, 2008 and will be returned to the submitter by official courier.

The Forensic Document Laboratory requires that Project Code 0E7 for Fingerprint Examination be entered into Case Management by the assigned case agent.

Thomas L. Liszkiewicz
Senior Fingerprint Specialist



*AN ASCLD/LAB® ACCREDITED LABORATORY SINCE FEBRUARY 2001*



USA-413

Forensic Document Laboratory
## TECHNICAL REVIEW SUMMARY SHEET

Case Number: __08·07049__   Date: __08·14·08__

Examiner: __Thomas Liszkiewicz__
(Print Name)

Examiner's Initials __Ol__

Reviewer: __GENIUS JOHNSON__
(Print Name)

__✓__  I concur with the Examiner's conclusion(s).    __ln__
Reviewer's Signature

___  I do not concur with the Examiner's conclusion(s).   _____
Reviewer's Signature

Reviewer: Please describe the nature and possible cause(s) of disagreement in your examination findings with those of the Examiner.

Supervisor's Review and Comments:

Signature/Date: _____

Revised: March 2003

USA-414

# EXHIBIT C

Case 3:08-cr-00399-PJH    Document 46    Filed 08/20/2008    Page 8 of 10

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, CA 94102
       Telephone: (415) 436-7200
8      Facsimile:  (415) 436-7234
       E-mail: Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11
                           UNITED STATES DISTRICT COURT
12
                        NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,           )   No. CR 08-399 PJH
                                       )
16         Plaintiff,                  )   **GOVERNMENT'S NOTICE OF EXPERT**
                                       )   **TESTIMONY (RULE 16)**
17    v.                               )
                                       )   Trial Date:       September 8, 2008
18 JAIME SALCEDO-MENDOZA,              )   Pretrial Conf.:   August 27, 2008
                                       )   Judge:            Hon. Phyllis J. Hamilton
19         Defendant.                  )
                                       )
20

21         Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and discovery previously

22 provided in the matter, the government hereby discloses the expert testimony it intends to offer at

23 trial. The government reserves its right to supplement this Notice as its trial preparation

24 continues.

25 **I.    Expert's Qualifications**

26         Thomas Liszkiewicz is a Senior Fingerprint Specialist with the Department of Homeland

27 Security, Immigration and Customs Enforcement, Forensic Document Laboratory in McLean,

28 Virginia. He has more than 20 years of experience in the field of fingerprint identification. He

GOVT'S EXPERT NOTICE
CR 08-399 PJH

has testified as an expert witness in fingerprint examination in federal court over 100 times. He also has testified as an expert in fingerprint examination in state courts several dozen times.

The government provided a full summary of Mr. Liszkiewicz's qualifications, as contained in his curriculum vitae, to the defendant on August 13, 2008. *See* Bates No. USA-354 – USA-355.

II.   **Expert's Opinions and Basis Therefor**

Mr. Liszkiewicz will testify about his review and examination of the fingerprints on the Warrants of Deportation, the fingerprints on the fingerprint cards contained in the Defendant's A-File, and the fingerprints on documents from the defendant's prior convictions and arrests. The government anticipates that Mr. Liszkiewicz will offer his expert opinion that the fingerprints on each document that he reviewed and examined were made by the same individual. He will testify that his opinion was made by an analysis, comparison, and evaluation of the friction ridge detail on the documents he reviewed. Mr. Liszkiewicz will also testify that his conclusions are based on the two fundamental principles of friction ridge identification: (1) friction ridges present in fingerprints begin to develop in the fetus and persist, unchanged, until after death when decomposition destroys the ridged skin; and (2) no two fingerprints are the same, even fingerprints belonging to identical twins. Mr. Liszkiewicz will further testify that he arrived at this conclusion by using the standard ACE-V (Analysis, Comparison, Evaluation – Verification) methodology and he will further explain this methodology.

The government will provide Mr. Liszkiewicz's report of his analysis to defense counsel when government counsel receives it.

DATED:   August 13, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/

_____
TAREK J. HELOU
Assistant United States Attorney

GOVT'S EXPERT NOTICE
CR 08-399 PJH                                2