1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, CA 94102
      Telephone: (415) 436-7200
8     Facsimile: (415) 436-7234
      E-mail: Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11
                  UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                   SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,          )    No.  CR 08-399 PJH
                                       )
16        Plaintiff,                   )    **GOVERNMENT'S SUPPLEMENTAL**
                                       )    **PROPOSED EXHIBIT LIST**
17    v.                               )
                                       )    Trial Date:        September 8, 2008
18 JAIME SALCEDO-MENDOZA,              )    Pretrial Conf.:    August 27, 2008
                                       )    Judge:             Hon. Phyllis J. Hamilton
19        Defendant.                   )
   _____)

20

21       Pursuant to the Court's Pretrial Order and Crim. L. R. 17.1-1(b)(10), the government

22 supplements its list of proposed case-in-chief exhibits.  The government reserves the right to

23 supplement or narrow this list as its pretrial preparations continue.

24 DATED: August 26, 2008              Respectfully submitted,

25                                     JOSEPH P. RUSSONIELLO
                                       United States Attorney
26
                                       /S/
27                                     _____
                                       Tarek J. Helou
28                                     Assistant United States Attorney

   GOVT. SUPP. EX. LIST
   CR 08-399 PJH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CASE NO. <u>CR 08-399 PJH</u>                    DATE:<u> September 8, 2008     </u>

*United States v. Jaime Salcedo-Mendoza*

SUPPLEMENTAL EXHIBIT LIST

( X ) **Government**                         (   ) **Defendant**

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Warrant of Removal/Deportation, dated February 11, 1999 (verification of departure on February 12, 1999) [USA-0059 – USA-0060] |
| 2 | | | | Fingerprint card, dated February 9, 1999 [USA-0098 – USA-0100] |
| 3 | | | | Fingerprint card, dated April 21, 2002 [USA-0271] |
| 4 | | | | Sworn statement, dated May 13, 2002 [USA-0259 – USA-0263] |
| 5 | | | | Application for Permission to Enter Plea of Guilty and Order Accepting Guilty Plea in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, N.D. Cal., dated February 21, 2003 [USA-327 – USA-334] (a copy of the certified document will be provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 6 | | | | Certified Plea Agreement Between Jaime Salcedo-Mendoza and the United States of America in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, N.D. Cal., dated February 21, 2003 [USA-0443 – USA-0448] (uncertified copy at USA-0335 – USA-0340]) |

1

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 7 | | | | Certified reporter's transcript from February 21, 2003 Change of Plea in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, N.D. Cal. (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 8 | | | | Certified reporter's transcript from May 15, 2003 Sentencing in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, N.D. Cal. (a copy of this exhibit will be Bates-labeled and provided to the defense as soon as the U.S. Attorney's Office receives it) |
| 9 | | | | Certified Criminal Judgment in the Case *United States v. Jaime Salcedo-Mendoza*, CR 02-40135 SBA, N.D. Cal., dated May 15, 2003 [USA-0435 – USA-0442] (uncertified copy at USA-0040 – USA-0046) |
| 10 | | | | Warrant of Removal/Deportation, dated February 9, 2004 (verification of departure on February 10, 2004) [USA-0038 – USA-0039] |
| 11 | | | | Sworn Statement, dated May 29, 2008 [USA-0031 – USA-0032] |
| 12 | | | | Sworn Statement, dated May 29, 2008 [USA-0089 – USA-0093] |
| 13 | | | | ICE fingerprint card, dated May 29, 2008 [USA-0095 – USA-0097] |
| 14 | | | | U.S. Marshals' Service fingerprint card, dated May 29, 2008 [USA-0463 – USA-0464] |
| 15 | | | | Certificate of Nonexistence of Record, dated June 3, 2008 [USA-0086] |
| 16 | | | | Curriculum Vitae of Thomas Liszkiewicz, expert witness in fingerprint comparisons [USA-354 – USA-355] |

| EXHIBIT NUMBER | Marked | Admitted | Basis for Admission | DESCRIPTION |
|---|---|---|---|---|
| 17 | | | | Expert report of Thomas Liszkiewicz, dated August 26, 2008 [USA-0458 – USA-0462] |
| 18 | | | | Certified October 15, 1997 conviction for drug possession [USA-0356 – USA-0374] |
| 19 | | | | Certified December 17, 1997 conviction for drug possession [USA-0375 – USA-0393] |
| 20 | | | | Certified June 17, 1998 conviction for drug possession [USA-0394 – USA-0412] |
| 21 | | | | Arrest report and booking sheet from the defendant's June 9, 1996 arrest [USA-0416] |
| 22 | | | | Arrest report and booking sheet from the defendant's September 30, 1997 arrest [USA-0417] |
| 23 | | | | Arrest report and booking sheet from the defendant's June 9, 1998 arrest [USA-0418] |
| 24 | | | | Arrest report and booking sheet from the defendant's May 24, 2008 arrest [USA-0415] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |