UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 27, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0399 PJH

**Case Name:**   UNITED STATES   v.   JAIME SALCEDO-MENDOZA (C)(Spanish Interpreter)

**Attorney for Plaintiff:**   Tarek Helou; William Frentzen
**Attorney for Defendant:**   Ron Tyler; Jodi Linker

**Deputy Clerk:**  Nichole Heuerman        **Court Reporter**: Sahar McVickar

**Interpreter:** Christina Visus (Spanish)


**PROCEEDINGS**

     Pretrial Conference-Held.  The court hears motions in limine.  The parties shall meet and confer and submit a joint verdict form on the first day of trial.  The court will allow further briefing regarding the aggravated felony issue.  The government to file opening brief by 8/29/08 with an opposition to be filed by 4:00 p.m. on 9/3/08.

**CASE CONTINUED TO:**   September 8, 2008 at 8:30 a.m. for Jury Trial (3 days).

**cc:** chambers