UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** September 4, 2008    **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0399 PJH

**Case Name:**   UNITED STATES   v.   JAIME SALCEDO-MENDOZA (C)(Spanish Interpreter)

**Attorney for Plaintiff:**    Tarek Helou; William Frentzen
**Attorney for Defendant:**   Ron Tyler; Jodi Linker

**Deputy Clerk:**  Nichole Heuerman        **Court Reporter:** Lydia Zinn

**Interpreter:** Melinda Basker (Spanish)

**PROCEEDINGS**

    Defendant's Motion to Substitute Counsel-GRANTED as stated on the record.  The court hears a portion of the hearing in camera.  Mr. Tyler is relieved as counsel.  The trial date of 9/8/08 is VACATED.   Time is excluded for the reason state on the record from 9/4/08 to 9/10/08.  The government to prepare order regarding exclusion of time.  The court informs the parties that the order on all the pending motions will be filed by the court.

**CASE CONTINUED TO:**    September 10, 2008 at  9:30 a.m. for ID of Counsel (EDL).
                           September 10, 2008 at 1:30 p.m. for Trial Setting (PJH).

**cc:** chambers